IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

58.6748

---

**JOSE ENCARNACION and CECILIA MORAN, Individually and as Husband and Wife,**

   Plaintiffs,

VS.

**HEARTLAND EXPRESS, INC. OF IOWA d/b/a HEARTLAND EXPRESS and STEVEN SMITH,**

   Defendants.

NO.

---

## NOTICE OF REMOVAL

---

The Defendant, Heartland Express, Inc. of Iowa d/b/a Heartland Express, by and through counsel, files this Notice of Removal pursuant to 28 U.S.C. §1446.  The Defendant would show to the Court that there is complete diversity of citizenship among the parties.  The Defendant would also show to the Court that the amount in controversy exceeds the Court's minimum threshold as the Complaint alleges that the Plaintiff incurred medical bills of approximately $191,000.00.

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**


/S/ NICHOLAS E. BRAGORGOS #12000
Attorney for Heartland Express
81 Monroe, Sixth Floor
Memphis, Tennessee 38103

               Telephone: (901) 624-0640
               Fax: (901) 624-0650
               nbragorgos@mbbslaw.com

## **CERTIFICATE OF SERVICE**

  This certifies that on the Friday, April 1, 2019a true and correct copy of the foregoing document has been served upon opposing counsel for all parties or all parties individually by electronic means through the Court's Electronic Filing System and/or via first-class U.S. Mail, postage prepaid, as follows:

| | |
|---|---|
| Peter B. Gee, Jr. Esq. | Russell B. Jordan Esq. |
| Morgan and Morgan Memphis, LLC | Morgan & Morgan - Memphis |
| One Commerce Square | One Commerce Square, 26th Floor |
| Suite 2600 | Memphis, TN 38103 |
| Memphis, TN 38103 | |

              s/Nicholas E. Bragorgos
              NICHOLAS E. BRAGORGOS