IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSE ENCARNACION and CECILIA MORAN, Individually and as Husband And Wife, )<br><br>Plaintiffs, )<br><br>v. )<br><br>HEARTLAND EXPRESS, INC. OF IOWA d/b/a HEARTLAND EXPRESS and STEVEN SMITH )<br><br>Defendants. ) | Case 2:19-cv-02205-JTF-tmp |

COVER SHEET FOR ATTACHMENTS TO NOTICE OF REMOVAL

The Defendant, Heartland Express, Inc. of Iowa d/b/a Heartland Express, by and through counsel, hereby files its Cover Sheet and attachments to its Notice of Removal.

Respectfully submitted,

**McNABB, BRAGORGOS, BURGESS & SORIN, PLLC**

/S/ NICHOLAS E. BRAGORGOS #12000
Attorney for Heartland Express
81 Monroe, Sixth Floor
Memphis, Tennessee 38103
Telephone: (901) 624-0640
Fax: (901) 624-0650
nbragorgos@mbbslaw.com

## **CERTIFICATE OF SERVICE**

       This certifies that on the May 6, 2019, a true and correct copy of the foregoing document has been served upon opposing counsel for all parties or all parties individually by electronic means through the Court's Electronic Filing System and/or via first-class U.S. Mail, postage prepaid, as follows:

Peter B. Gee, Jr. Esq.                                  Russell B. Jordan Esq.
Morgan and Morgan Memphis, LLC         Morgan & Morgan - Memphis
One Commerce Square, Suite 2600          One Commerce Square, 26th Floor
Memphis, TN 38103                               Memphis, TN 38103


                                               s/Nicholas E. Bragorgos
                                               NICHOLAS E. BRAGORGOS