UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOSE ENCARNACION and CECILIA
MORAN, Individually and as Husband
and Wife,

     Plaintiffs,

v.                                                                  Case No. 2:19-cv-02205-JTF-tmp

HEARTLAND EXPRESS, INC. OF IOWA
d/b/a HEARTLAND EXPRESS and
STEVEN SMITH,

     Defendants.

# JUDGMENT

     Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice in accordance with the Order of Dismissal without Prejudice entered on September 27, 2019.

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                          THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE      CLERK

September 27, 2019                                   Belle Harris
DATE                                                        (By) LAW CLERK